UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| **CHARLES HARRIS**<br>**Plaintiff,**<br><br>v.<br><br>**SUNRISE CREDIT SERVICES INC.**<br>**Defendant,** | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>) Case No. 4-23CV-1087P<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT AND MOTION TO VOLUNTARY DISMISSAL

COMES NOW that the Plaintiff, informs the Court that a settlement of the present matter has been reached and the parties are in process of finalizing this settlement, which they anticipate will be completed within the next 30 days.

Pursuant to Federal Rules of Civil Procedures 41(a)(1) hereby voluntarily dismiss Defendant from the above-captioned action with prejudice.

DATED: November 15th, 2023

Respectfully Submitted:

By: /s/ Charles Harris
**Charles Harris**
**Cehjr0423@gmail.com**
**2770 Bardin Rd Apt 11103**
**Grand Prairie, TX 75052**
**Phone: (817) 557-7611**
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served via USPS mail to:

Benjamin Carroccio
Senior Vice-President/General Counsel
Sunrise Family of Companies
8 Corporate Ctr Drive-Suite 300
Melville, NY 11747
Ph# 800-208-8565

Dated: 11/15/2023                    _____
                                     Charles Harris

Charles Harris
3770 Bardin Rd Apt 4103
Grand Prairie, TX 75052



NORTH TEXAS TX P&DC
DALLAS TX 750
19 NOV 2023

NOV 21 2023

United States District Court
501 West 10th St Room 310
Fort Worth, TX 76102-3673

76102-975999