UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES HARRIS,**

   Plaintiff,

v.                                              No. 4:23-cv-01087-P

**SUNRISE CREDIT SERVICES INC.,**

   Defendant.

## FINAL JUDGMENT

   This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order (ECF No. 8) entered on November 27, 2023, it is **ORDERED** that this case is **DISMISSED with prejudice**.

   The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

   **SO ORDERED** on this **27th day of November 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE